UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| COLEMAN J. FENTON, JR., | ) |
| Petitioner, | ) |
| vs. | ) No. 2:11-cv-90-JMS-MJD |
| CHARLES LOCKETT, | ) |
| Respondent. | ) |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his amended petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 11/15/2011

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Coleman J. Fenton, Jr.
Reg. No. 04196-036
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808